U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 3 2016

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| TONY JOSEPH TABOR<br>　　LA. DOC #478277<br>VS. | CIVIL ACTION NO. 5:15-cv-2203<br><br>SECTION P<br><br>JUDGE ELIZABETH E. FOOTE |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is directed to send a copy of this judgment to the Keeper of the Three Strikes List.**

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 24 day of February, 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE